Perry v. Standard Insurance Company                                                                                                    Doc. 5
Case 3:05-cv-03102-MHP   Document 5   Filed 08/08/2005   Page 1 of 2
Case 3:05-cv-03102-MHP   Document 4   Filed 08/04/2005   Page 1 of 2

```
1  Jeremy Sugerman, Esq., SBN 146315
   GORDON-CREED, KELLEY,
2  HOLL & SUGERMAN, LLP
   222 Kearny Street, Suite 650
3  San Francisco, CA 94108
   Tel: (415) 421-3100
4  Fax: (415) 421-3150

5  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
6
```

FILED

AUG - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHARLOTTE M. PERRY,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br>and DOES 1-30, et al.,<br><br>Defendants. | CV No. C 05 03102 MHP<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS** |
|---|---|

WHEREAS, Defendant STANDARD INSURANCE COMPANY ("Standard") removed the Complaint filed in Superior Court by Plaintiff CHARLOTTE M. PERRY ("Plaintiff") on July 28, 2005;

WHEREAS, a responsive pleading to the Complaint must be filed and served by August 5, 2005;

WHEREAS, for good cause, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by fourteen (14) days;

IT IS HEREBY STIPULATED by and between Plaintiff and Standard, by and through their respective attorneys of record, that the time within which a responsive pleading to plaintiff's Complaint must e filed and served is extended by fourteen (14) days to August 19, 2005.

///

///

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS
1

IT IS SO STIPULATED.

DATED:   August 4, 2005                    LAW OFFICES OF
                                            LAURENCE F. PADWAY


                                    By:    /s/ *Laurence F. Padway*
                                            Laurence F. Padway
                                            Attorney for Plaintiff Charlotte M. Perry


Dated:   August 4, 2005                    GORDON-CREED, KELLEY,
                                            HOLL & SUGERMAN, LLP


                                    By:    /s/ *Jeremy Sugerman*
                                            Jeremy Sugerman
                                            Attorney for Defendant Standard Insurance
                                            Company

8/8/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS
2