1  Jeremy Sugerman, Esq., SBN 146315
   **GORDON-CREED, KELLEY,**
2  **HOLL & SUGERMAN, LLP**
   222 Kearny Street, Suite 650
3  San Francisco, CA 94108
   Tel: (415) 421-3100
4  Fax: (415) 421-3150

5  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
6

FILED

AUG - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  CHARLOTTE M. PERRY,                    CV No. C 05 03102 MHP
12      Plaintiff,
13      v.                                 **STIPULATION EXTENDING TIME TO
                                           FILE RESPONSIVE PLEADINGS**
14  STANDARD INSURANCE COMPANY,
    and DOES 1-30, et al.,
15
        Defendants.
16

17      WHEREAS, Defendant STANDARD INSURANCE COMPANY ("Standard") removed the

18  Complaint filed in Superior Court by Plaintiff CHARLOTTE M. PERRY ("Plaintiff") on July 28,

19  2005;

20      WHEREAS, a responsive pleading to the Complaint must be filed and served by August 5, 2005;

21      WHEREAS, for good cause, the parties wish to extend the time within which a responsive

22  pleading to the Complaint must be filed and served by fourteen (14) days;

23      IT IS HEREBY STIPULATED by and between Plaintiff and Standard, by and through their

24  respective attorneys of record, that the time within which a responsive pleading to plaintiff's Complaint

25  must e filed and served is extended by fourteen (14) days to August 19, 2005.

26  ///
27  ///
28

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS
1

IT IS SO STIPULATED.

DATED:   August 4, 2005   LAW OFFICES OF
LAURENCE F. PADWAY

By:   /s/ *Laurence F. Padway*
Laurence F. Padway
Attorney for Plaintiff Charlotte M. Perry

Dated:   August 4, 2005   GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP

By:   /s/ *Jeremy Sugerman*
Jeremy Sugerman
Attorney for Defendant Standard Insurance Company

8/8/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS
2