| | |
|---|---|
| 1 | Laurence F. Padway, SBN 83914 |
| 2 | **LAW OFFICES OF LAURENCE F. PADWAY** |
|   | 1516 Oak St., Suite 109 |
| 3 | Alameda, CA 94501 |
|   | Tel: (510) 814-6100 |
| 4 | Fax: (510) 814-0650 |
| 5 | Attorney for Plaintiff |
| 6 | |
| 7 | Lisa A. Kaner, OSB #88137 |
|   | **MARKOWITZ, HERBOLD, GLADE** |
| 8 | **& MEHLHAF, P.C.** |
|   | Suite 3000 Pacwest Center |
| 9 | 1211 S.W. Fifth Avenue |
|   | Portland, OR 97204-3730 |
| 10 | Tel: (503) 295-3085 |
|   | Fax: (503) 323-9105 |
| 11 | Admitted *Pro Hac Vice* |
| 12 | |
| 13 | Jeremy Sugerman, Esq., SBN 146315 |
|   | **GORDON-CREED, KELLEY,** |
| 14 | **HOLL & SUGERMAN, LLP** |
|   | 222 Kearny Street, Suite 650 |
| 15 | San Francisco, CA 94108 |
|   | Tel: (415) 421-3100 |
| 16 | Fax: (415) 421-3150 |
| 17 | Of Attorneys for Defendant Standard Insurance Company |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| CHARLOTTE M. PERRY, | No. 3-05-CV-03102 MHP |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| STANDARD INSURANCE COMPANY, and DOES 1-30, et al., | |
| Defendants. | |

Based upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a),

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice and without costs or attorney fees to either party.

DATED this __8th__ day of March, 2006.

_____
Marilyn H. Patel
US District

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel

IT IS SO STIPULATED:

LAW OFFICE OF LAURENCE F. PADWAY

*[signature]*

Laurence F. Padway, SBN 83914
Attorney for Plaintiff

MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.

By: *[signature]*
Lisa A. Kaner, OSB #88137
Admitted *Pro Hac Vice*

Jeremy Sugerman
GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP

Of Attorneys for Defendant Standard Insurance Company

105507

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2